

# NUMBER 13-09-00618-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: SONNY KING, JR.

On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Relator, Sonny King, Jr., pro se, has filed a petition for writ of mandamus with this Court alleging that respondent, the Honorable Robert C. Cheshire, presiding judge of the 377th Judicial District Court of Victoria County, Texas, abused his discretion by failing to rule on relator's "Writ of Right" in trial court cause number 03-10-20-444-D. Relator also complains that the trial court has neither answered nor responded to his motion to compel a ruling on his "Writ of Right."

This Court, having reviewed and fully considered relator's petition, is of the opinion that the relator has not shown himself entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is DENIED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this 13th day of November, 2009.